**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA; the States of CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, MICHIGAN, MINNESOTA, MONTANA, NEVEADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, and WASHINGTON; the Commonwealth of VIRGINIA; and the DISTRICT OF COLUMBIA *ex rel.* Whistling Wind LLC,<br><br>Plaintiffs and Plaintiff-Relator,<br><br>vs.<br><br>CENTENE CORPORATION,<br><br>Defendant. | Civil Action No.: 2:25-cv-04626-PD<br><br>**FILED UNDER SEAL** |

**PLAINTIFF-RELATOR'S NOTICE OF VOLUNTARY DISMISSAL**
**<u>PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)</u>**

Pursuant to Federal Rule of Civil Procedure 41(a) and 31 U.S. Code § 3730(b), Plaintiff-Relator, Whistling Wind LLC ("Relator"), hereby provides notice that it is voluntarily dismissing the above-captioned action without prejudice. Defendant has not filed or served an answer in this action. No parties other than the United States Government and the Relator have appeared in this matter. The United States Government has indicated that it will file a notice consenting to the dismissal without prejudice to the United States. Accordingly, Relator notices voluntary dismissal of this action, without prejudice.

Dated: July 7, 2026

Respectfully submitted,

MILLER SHAH LLP

*<u>/s/ James C. Shah</u>*

James C. Shah
Bruce D. Parke
Alec J. Berin
1845 Walnut Street, Suite 1600
Philadelphia, PA 19103
Tel: (866) 544-5505
Fax: (866) 300-7367
Email: jcshah@millershah.com
bdparke@millershah.com
ajberin@millershah.com

James E. Miller
Laurie Rubinow
65 Main Street
Chester, CT 06412
Tel: (866) 544-5505
Fax: (866) 300-7367
Email: jemiller@millershah.com
lrubinow@millershah.com

*Attorneys for Plaintiff-Relator*